378 A.2d 855

**COMMONWEALTH of Pennsylvania**

v.

**Curtis BOSWELL, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 11, 1976.

Decided Oct. 7, 1977.

Howard B. Zavodnick, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

402

## ORDER

PER CURIAM.

Order affirmed.